# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.** |
| | : | |
| v. | : | |
| | : | |
| **TAMMY BROWN,** | : | **VIOLATIONS:** |
| | : | **40 U.S.C. § 6135** |
| Defendant. | : | **(Parades, Assemblages, and Display of** |
| | : | **Flags in the Supreme Court Building and** |
| | : | **Grounds)** |
| | : | **40 U.S.C. § 6133** |
| | : | **(Step or Climb on, Remove or Injure any** |
| | : | **Statue, Seat, Wall, or Fountain in the** |
| | : | **Supreme Court Building or Grounds)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about October 25, 2020, within the District of Columbia, defendant, **TAMMY BROWN**, did unlawfully parade, stand, or move in processions or assemblages on the Supreme Court Grounds, or display on the Grounds a flag, banner, or device designed or adapted to bring into public notice a party, organization, or movement.

(**Parades, Assemblages, and Display of Flags in the Supreme Court Building and Grounds**, in violation of Title 40, United States Code, Section 6135)

## COUNT TWO

On or about October 25, 2020, within the District of Columbia, defendant, **TAMMY BROWN**, did unlawfully step or climb on, a statue, wall, or other erection or architectural feature, on the Supreme Court grounds.

>(**Step or Climb on, Remove or Injure any Statue, Seat, Wall, or Fountain in the Supreme Court Building or Grounds**, in violation of Title 40, United States Code, Section 6133)

Respectfully Submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:  *kelly l smith*

KELLY L. SMITH
New York Bar No. 5321971
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7043
Kelly.Smith@usdoj.gov